```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 12931
   CARL E DROGEMULLER
   VICKI L DROGEMULLER                      CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5994     SSN XXX-XX-0159
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    The case was filed on 10/11/2006 and was confirmed 01/04/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured creditors    1.00%.

    The case was converted to chapter 7 after confirmation 12/18/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| BELL WEST COMMUNITY CU | SECURED VEHIC | 8055.88 | 1306.80 | 2453.17 |
| BELL WEST COMMUNITY CU | SECURED VEHIC | 647.58 | 472.78 | 647.58 |
| BELL WEST COMMUNITY CU | UNSECURED | .00 | .00 | .00 |
| BELL WEST COMMUNITY CU | UNSECURED | 6101.32 | .00 | 61.01 |
| EVERHOME MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NEWLENOXST | SECURED | 125.00 | .00 | 125.00 |
| NEWLENOXST | UNSECURED | NOT FILED | .00 | .00 |
| BELL WEST COMMUNITY CU | UNSECURED | NOT FILED | .00 | .00 |
| BELL WEST COMMUNITY CU | UNSECURED | NOT FILED | .00 | .00 |
| BELL WEST COMMUNITY CU | UNSECURED | NOT FILED | .00 | .00 |
| BELL WEST COMMUNITY CU | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA/FIA CARD | UNSECURED | 14177.17 | .00 | 141.77 |
| EVERHOME MORTGAGE | MORTGAGE ARRE | 1990.00 | .00 | 1990.00 |
| HARRIS NA | UNSECURED | 1073.55 | .00 | 10.74 |
| PIERCE & ASSOCIATES | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | ATTORNEY | 2254.00 | .00 | 2254.00 |
| JAHNKE & TOOLIS | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 687.36 |
| DEBTOR REFUND | REFUND | | | 230.73 |

    Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 10,380.94 | |
| PRIORITY | | .00 |
| SECURED | | 5,215.75 |
|    INTEREST | | 1,779.58 |
| UNSECURED | | 213.52 |
| ADMINISTRATIVE | | 2,254.00 |
| TRUSTEE COMPENSATION | | 687.36 |

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 12931 CARL E DROGEMULLER & VICKI L DROGEMULLER

```
DEBTOR REFUND                                                    230.73
                                     ---------------      ---------------
TOTALS                                     10,380.94            10,380.94
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 03/17/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE