UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   DROGEMULLER, CARL E.         §   Case No. 06-12931-SPS
         VICKI L. DROGEMULLER         §
                                      §
Debtor(s)                             §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 05/26/2010 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>04/27/2010</u>         By:   <u>/s/Eugene Crane</u>
                                             Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: DROGEMULLER, CARL E. | § | Case No. 06-12931-SPS |
| VICKI L. DROGEMULLER | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,669.36 |
| *and approved disbursements of* | $ 7.29 |
| *leaving a balance on hand of* [1] | $ 6,662.07 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| Everbank c/o EverHome Mortgage Company | $ 0.00 § |
| Everhome Mortgage Company | $ 0.00 ** |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Trustee | EUGENE CRANE | $ 1,416.94 | $ |
| Attorney for trustee | Crane, Heyman, Simon, Welch & Clar | $ 3,012.50 | $ 6.01 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

§ Amended by Claim No. 8
** Disallowed per Court Order 10/13/2009 Doc 68

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,486.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Bell West Community Credit Union | $ 6,101.32 | $ 362.41 |
| 2 | Bell West Community Credit Union | $ 5,284.19 | $ 313.87 |
| 3 | Bell West Community Credit Union | $ 2,766.03 | $ 164.30 |
| 4 | Bell West Community Credit Union | $ 8,083.88 | $ 480.17 |
| 6 | Harris, NA | $ 1,073.55 | $ 63.77 |
| 7 | eCast Settlement Corporation assignee of Bank of America/FIA | $ 14,177.17 | $ 842.10 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
                                    N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
                                    N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-NFR (9/1/2009)

                                        Prepared By:   /s/EUGENE CRANE
                                                            Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mgonzalez              Page 1 of 1                   Date Rcvd: Apr 28, 2010
Case: 06-12931                 Form ID: pdf006              Total Noticed: 17

The following entities were noticed by first class mail on Apr 30, 2010.
db/jdb        +Carl E Drogemuller,   Vicki L Drogemuller,   16627 Lismore Court,   Tinley Park, IL 60477-1578
aty           +Marcie C Venturini,   Robert J. Semrad & Associates,   20 S. Clark Street, 28th Floor,
               Chicago, IL 60603-1811
aty           +Michael N Burke,   Robert J Semrad & Associates,   407 S Dearborn 6th Floor,
               Chicago, IL 60605-1136
aty           +Patrick J. Semrad,   Robert J Semrad and Associates,   20 S Clark St,   Ste. 2800,
               Chicago, IL 60603-1811
aty           +Thomas W Toolis,   Jahnke, Sullivan & Toolis, LLC,   9031 West 151st Street,   Suite 203,
               Orland Park, IL 60462-6563
tr            +Eugene Crane,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
11081894      +Bankruptcy Department,   EverBank c/o EverHome Mortgage Company,   8100 Nations Way,
               Jacksonville, FL 32256-4405
10994012      +Bell West Community Credit Union,   3060 Wolf Rd.,   Westchester, IL 60154-5622
10955599      +Bell West Cu,   3060 S Wolf Rd,   Westchester, IL 60154-5622
10955603      +Bell West Cu,   3060 South Wolf Road,   Westchester, IL 60154-5622
11209373      +Everhome Mortgage Company,   c/o Pierce & Associates, P.C.,   1 North Dearborn, Suite 1300,
               Chicago, IL 60602-4321
10955605      +Harris Bank Card Services,   P.O Box 15137,   Wilmington, DE 19886-5137
11102772      +Harris N. A.,   3800 Golf Rd., Suite 300,   Box 5038,   Rolling Meadows, IL 60008-4005
10955606      +Irwin Mortgage,   PO Box 7189,   Indianapolis, IN 46207-7189
11029098      +Irwin Mortgage Corporation,   c/o Pierce & Associates, P.C.,   1 North Dearborn, Suite 1300,
               Chicago, IL 60602-4321
10955607      +Newlenoxst,   110 W. Maple St,   New Lenox, IL 60451-1763
11144182       eCAST Settlement Corporation assignee of,   Bank of America/FIA Card Services,   formerly MBNA,
               POB 35480,   Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Apr 28, 2010.
10994012      +E-mail/Text: blesniak@bwccu.org                         Bell West Community Credit Union,
               3060 Wolf Rd.,   Westchester, IL 60154-5622
10955599      +E-mail/Text: blesniak@bwccu.org                         Bell West Cu,   3060 S Wolf Rd,
               Westchester, IL 60154-5622
10955603      +E-mail/Text: blesniak@bwccu.org                         Bell West Cu,   3060 South Wolf Road,
               Westchester, IL 60154-5622
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Crane Heyman Simon Welch & Clar
aty*          +Eugene Crane,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
10955600*     +Bell West Cu,   3060 S Wolf Rd,   Westchester, IL 60154-5622
10955601*     +Bell West Cu,   3060 S Wolf Rd,   Westchester, IL 60154-5622
10955602*     +Bell West Cu,   3060 S Wolf Rd,   Westchester, IL 60154-5622
10955604*     +Bell West Cu,   3060 South Wolf Road,   Westchester, IL 60154-5622
                                                                                              TOTALS: 1, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 30, 2010**               **Signature:** *Joseph Speetjens*